IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBRA K. PEREZ, and DEBRA PEREZ, Personal Representative of the Estate of David V. Perez, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTURY ASPHALT COMPANY, and STEPHEN DALE FERGUSON,<br><br>Defendants. | 8:20CV210<br><br>ORDER ON STIPULATION AND JOINT MOTION TO DISMISS |

    This case is before the Court on the parties' Stipulation and Joint Motion for Dismissal. Filing 74. The parties seek dismissal of this matter with prejudice, with each party to pay its own costs and with complete record waived. Accordingly,

    IT IS ORDERED that the parties' Stipulation and Joint Motion for Dismissal, Filing 74, is granted, and this case is dismissed with prejudice, with each party to pay its own costs and with complete record waived.

    Dated this 23rd day of October, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge